# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELO SILLETTI,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) **Case No.: 2:11-cv-3327-RB** |
| NCO FINANCIAL SYSTEMS, INC.,<br>    Defendant | )<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

| | |
|---|---|
| /S/ Ross S. Enders | /S/ Craig Thor Kimmel |
| Ross S. Enders, Esquire | Craig Thor Kimmel, Esquire |
| Attorney ID: 89840 | Attorney ID: 57100 |
| Attorney for Defendant | Attorney for the Plaintiff |
| Date: November 29, 2011 | Date: November 29, 2011 |

BY THE COURT:

_____

J.