# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELO SILLETTI,
    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,
    Defendant

Case No.: 2:11-cv-3327-RB

**FILED**
DEC -1 2011
MICHAEL E. KUNZ, Clerk
By ___ Dep. Clerk

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Ross S. Enders
Ross S. Enders, Esquire
Attorney ID: 89840
Attorney for Defendant

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Attorney for the Plaintiff

Date: November 29, 2011

Date: November 29, 2011

BY THE COURT:

12/1/11

_____, J.

ENTERED
DEC 01 2011
CLERK OF COURT